UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN GUADALUPE CORNEJO GUANUQUIZA and
INGRID ENRIQUEZ VILLAMARIN,

Petitioners,

v.

LaDEON FRANCIS, in his official capacity as Acting
Field Office Director of New York, Immigration and
Customs Enforcement; KRISTI NOEM in her official
capacity as Secretary of Homeland Security; PAM
BONDI, in her official capacity as Attorney General,

Respondents.

25-CV-10267

ORDER

RONNIE ABRAMS, United States District Judge:

On December 11, 2025, Petitioners filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. It is hereby ordered that:

1.  Respondents shall file an opposition by December 17, 2025 as to why the petition for a writ of habeas corpus should not be granted.

2.  Petitioners shall have the opportunity to reply by December 18, 2025.

3.  This matter shall be heard by the Court on December 19, 2025, at 12:30 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1105, 40 Foley Square, New York, NY 10007.  Respondents shall produce Petitioners at this hearing.

4.  To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioners shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] federal court may temporarily

enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, in light of Petitioners' interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioners except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

5. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued at the following email address: jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated:       December 12, 2025
             New York, New York

_____

Ronnie Abrams
United States District Judge