

Application granted. The conference previously scheduled for December 19, 2025 at 12:30 p.m. is hereby adjourned until January 5, 2026 at 11:00 a.m.

SO ORDERED.

_____

Hon. Ronnie Abrams
December 17, 2025

December 16, 2025

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007
**Via ECF**

        **Re:**      ***Cornejo Guanuquiza v. Francis*, 1:25-cv-10267-RA**

Dear Judge Abrams:

Our office represents the petitioners in this matter, Karen Guadalupe Cornejo Guanuquiza and Ingrid Enriquez Villamarin. We write on behalf of all parties to inform the Court that the parties have met and conferred about this case. In doing so, Respondents' counsel has informed us that U.S. Immigration and Customs Enforcement ("ICE") is detaining the two petitioners pursuant to different statutory authorities: Petitioner Enriquez Villamarin is detained pursuant to 8 U.S.C. § 1225(b)(2)(A) and petitioner Cornejo Guanuquiza is detained pursuant to 8 U.S.C. § 1225(b)(1)(B)(iii)(IV). Because the current petition argues that both petitioners should be considered detained pursuant to § 1226(a) rather than § 1225(b)(2)(A), and thus does not align to ICE's stated basis for detaining petitioner Cornejo Guanuquiza, the parties propose that they separately brief each petitioner's case, on different schedules. The parties thus respectfully propose to amend the existing briefing schedule as follows:

**BROOKLYN**
301 GROVE STREET
BROOKLYN, NY 11237
718 418 7690

**QUEENS**
104-19 ROOSEVELT AVENUE
CORONA, NY 11368
718 565 8500

**STATEN ISLAND**
161 PORT RICHMOND AVENUE
STATEN ISLAND, NY 10302
718 727 1222

**LONG ISLAND**
1090 SUFFOLK AVENUE
BRENTWOOD, NY 11717
631 231 2220

**WESTCHESTER**
46 WALLER AVENUE
WHITE PLAINS, NY 10605
914 948 8466

MAKETHEROADNY.ORG

- December 17, 2025: Respondents respond to the existing petition with respect to petitioner Enriquez Villamarin only, on the original schedule set by the Court, ECF No. 5;
- December 18, 2025: To the extent any issues remain in dispute, Petitioner Enriquez Villamarin files a reply brief, on the original schedule set by the Court;

- December 18, 2025: Petitioner Cornejo Guanuquiza files an amended habeas petition[1];
- December 22, 2025: Respondents file their response in opposition to the amended petition for Petitioner Cornejo Guanuquiza;
- December 23, 2025: Petitioner Cornejo Guanuquiza files any reply brief.

In light of the proposed amended briefing schedule, the parties respectfully request that the Court adjourn the hearing currently scheduled for this Friday at 12:30pm until after the briefing concludes. The parties note that they will be unavailable from December 24, 2025, to January 4, 2026, for the rescheduled hearing.

We thank the Court for its time and consideration of this submission.

/s/ Harold A. Solis
Harold A. Solis
Paige Austin
Make the Road NY
301 Grove Street
Brooklyn, NY 11237
Tel. (718) 565-8500
Harold.solis@maketheroadny.org
Paige.austin@maketheroadny.org
*Counsel for Petitioner*

---

[1] To facilitate amendment, Respondents have agreed to attempt to provide certain record documents concerning Petitioner Cornejo Guanuquiza.

**BROOKLYN**
301 GROVE STREET
BROOKLYN, NY 11237
718 418 7690

**QUEENS**
104-19 ROOSEVELT AVENUE
CORONA, NY 11368
718 565 8500

**STATEN ISLAND**
161 PORT RICHMOND AVENUE
STATEN ISLAND, NY 10302
718 727 1222

**LONG ISLAND**
1090 SUFFOLK AVENUE
BRENTWOOD, NY 11717
631 231 2220

**WESTCHESTER**
46 WALLER AVENUE
WHITE PLAINS, NY 10605
914 948 8466

MAKETHEROADNY.ORG