

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 5, 2026

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Cornejo Guanuquiza et al. v. Francis et al.*, No. 25 Civ. 10267 (RA)

Dear Judge Abrams:

      This Office represents the respondents in the above-referenced immigration habeas corpus action, in which the Court held a hearing this morning relating to the challenge by petitioner Karen Guadalupe Cornejo Guanuquiza ("Petitioner") to her detention by U.S. Immigration and Customs Enforcement ("ICE"). At the hearing, the Court asked the parties to submit supplemental letter briefs by tomorrow (Tuesday, January 6) addressing several questions that arose during the conference. I write respectfully to request a one-day extension—until Wednesday, January 7—for the parties to submit their respective supplemental letter briefs. The government seeks this request based both on a desire to closely review the transcript of today's conference to ensure that the respondents' letter addresses the appropriate issues (the transcript is unlikely to be available before tomorrow) and to ensure adequate time for ICE and others to review the letter before it is finalized. Petitioner consents to this request on the condition that she receives an equivalent extension for her letter as well, to which the government consents. Thus, the government respectfully seeks a one-day extension of the deadline for both parties.

      I thank the Court for its consideration of this request.

      Respectfully submitted,

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
January 5, 2026

JAY CLAYTON
United States Attorney

By:   */s/ Jean-David Barnea*
     JEAN-DAVID BARNEA
     Assistant United States Attorney
     Tel: (212) 637-2679
     Jean-David.Barnea@usdoj.gov

cc: Counsel of Record (by ECF)